IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. RONALD JAMES,<br><br>        Plaintiff,<br><br>v.<br><br>1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | No. CIV-15-997-H<br><br>*Honorable Joe Heaton* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Ronald James, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

s/Ronald "Skip" Kelly
Ronald "Skip" Kelly, OBA #4837
kellyron01@yahoo.com
205 N.W. 63rd Street, Suite 150
Oklahoma City, OK 73116
(405) 235-1976 - Telephone
(405) 286-6316 - Fax
**ATTORNEY FOR PLAINTIFF**

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@aol.com
Elizabeth A. Snowden, OBA #22721
beths@wcalaw.com
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
**ATTORNEYS FOR DEFENDANT**